Sharon L. Kinsey (SBN 187285)
KINSEY CONSUMER LAW CENTER
2425 Porter Street, Suite 13
Soquel, California 95073-2454
Telephone: (831) 465-7565
Facsimile: (831) 465-1006

Attorneys for Plaintiff
ROBERT BARABINO

UNITED STATES DISTRICT COURT

CALIFORNIA EASTERN DISTRICT - SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT BARABINO, | Case No.: CIV.S-04-2359 MCE PAN |
| Plaintiff, | **ORDER** |
| v. | |
| DAN GAMEL, INC.; FLEETWOOD MOTOR HOMES OF CALIFORNIA, INC., | |
| Defendants. | |

Upon the stipulation of the parties hereto, and good cause appearing therefore, it is ordered and decreed as follows:

1. That FLEETWOOD MOTOR HOMES OF CALIFORNIA, INC., erroneously named, sued, and served as Defendant in the Complaint on file in the above entitled action is not a proper defendant party in that it was not involved in the manufacture, repair, or service of the 2001 Fleetwood Motor Home named in the Complaint.

2. That Defendant FLEETWOOD MOTOR HOMES OF CALIFORNIA, INC. shall be and is hereby dismissed from the above entitled action;

3. That the Complaint is hereby amended to name as the proper Defendant parties FLEETWOOD ENTERPRISES, INC., and FLEETWOOD MOTOR HOMES OF PENNSYLVANIA, INC., as Defendant parties in the place and stead of FLEETWOOD MOTOR HOMES OF CALIFORNIA, INC;

4. That the service of the Summons & Complaint on the erroneously named, sued, and served FLEETWOOD MOTOR HOMES OF CALIFORNIA INC., constitutes effective service on the proper Defendant parties FLEETWOOD ENTERPRISES, INC., and FLEETWOOD MOTOR HOMES OF PENNSYLVANIA, INC.

5. That FLEETWOOD ENTERPRISES, INC., and FLEETWOOD MOTOR HOMES OF PENNSYLVANIA, INC., erroneously named, sued, and served as FLEETWOOD MOTOR HOMES OF CALIFORNIA, INC., by stipulation and by this order, has appeared and does appear in the instant action.

Dated: July 21, 2005

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE