Sharon L. Kinsey, (SBN 187285)
KINSEY CONSUMER LAW CENTER
16400 Bonney Road
Watsonville Ca. 95076
Telephone: (831) 274-2417
Facsimile: (831) 274-2512

Attorneys for Plaintiff
ROBERT BARABINO

UNITED STATES DISTRICT COURT

CALIFORNIA EASTERN DISTRICT - SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT BARABINO,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DAN GAMEL, INC.; FLEETWOOD ENTERPRISES, INC., FLEETWOOD MOTOR HOMES OF PENNSYLVANIA, INC.,<br><br>　　　　　Defendants. | Case No.: CIV.S-04-2359 MCE PAN<br><br>AMENDED<br><br>**ORDER TO EXTEND DISCOVERY DEADLINE** |

**ORDER**

Good cause appearing,  IT IS ORDERED AS FOLLOWS:

That  the PRETRIAL SCHEDULING ORDER dated March 30, 2005, is modified to extend the Discovery Deadline of November 25, 2005,  to January 31, 2006 for purposes of allowing the completion of the depositions of all parties to this action.

Dated: December 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE