Sharon L. Kinsey, (SBN 187285)
KINSEY CONSUMER LAW CENTER
16400 Bonney Road
Watsonville Ca. 95076
Telephone: (831) 274-2417
Facsimile: (831) 274-2512

Attorneys for Plaintiff
ROBERT BARABINO

UNITED STATES DISTRICT COURT

CALIFORNIA EASTERN DISTRICT - SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT BARABINO,<br><br>            Plaintiff,<br>      v.<br><br>DAN GAMEL, INC.; FLEETWOOD ENTERPRISES, INC., FLEETWOOD MOTOR HOMES OF PENNSYLVANIA, INC.,<br><br>            Defendants. | Case No.: 2:04-cv-2359 MCE PAN<br><br>**ORDER TO EXTEND DISCOVERY DEADLINE** |

**ORDER**

Good cause appearing,  IT IS ORDERED AS FOLLOWS:

That  the PRETRIAL SCHEDULING ORDER dated March 30, 2005, is modified to extend the Expert Disclosure Deadline of January 20, 2006 to February 28, 2006 only as to the production of the expert's report.

Dated: January 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28