Sharon L. Kinsey, (SBN 187285)
KINSEY CONSUMER LAW CENTER
16400 Bonney Road
Watsonville Ca. 95076
Telephone: (831) 274-2417
Facsimile: (831) 274-2512

Attorneys for Plaintiff
ROBERT BARABINO

UNITED STATES DISTRICT COURT

CALIFORNIA EASTERN DISTRICT - SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT BARABINO,<br>            Plaintiff,<br>   v.<br>DAN GAMEL, INC.; FLEETWOOD ENTERPRISES, INC., FLEETWOOD MOTOR HOMES OF PA., INC.<br>            Defendants. | Case No.:2:04-cv-2359 MCE PAN<br><br>ORDER |

For Good Cause Shown,

IT IS ORDERED that Plaintiff's attorney, Sharon Kinsey is permitted to appear at the hearing scheduled before this Court in Dept. 3 on April 3, 2006 by telephone. The Court will contact Ms. Kinsey at the time of the hearing at the following telephone number:  **831-274-2417**

Dated: March 27, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com