1  Sharon L. Kinsey, (SBN 187285)
2  KINSEY CONSUMER LAW CENTER
   16400 Bonney Road
3  Watsonville Ca. 95076
4  Telephone: (831) 274-2417
   Facsimile: (831) 274-2512
5
6  Attorneys for Plaintiff
   ROBERT BARABINO
7

8                UNITED STATES DISTRICT COURT

9         CALIFORNIA EASTERN DISTRICT - SACRAMENTO DIVISION

10
11 ROBERT BARABINO,                    Case No.: 2:04-cv-2359-MCE-PAN

12              Plaintiff,
        v.
13
                                       **ORDER TO CONTINUE PRETRIAL**
14 DAN GAMEL, INC.; FLEETWOOD          **CONCERENCE DATE**
   ENTERPRISES, INC., FLEETWOOD
15 MOTOR HOMES OF PENNSYLVANIA,
   INC.,
16
17              Defendants.

18
19              **PROPOSED ORDER**

20      Good cause appearing,  IT IS ORDERED AS FOLLOWS:

21      That  the PRETRIAL SCHEDULING ORDER dated March 30, 2005, is modified
22
23 as follows:

24 ///

25 ///

26 ///
27
28 ///

-1-

Barabino v. Fleetwood                [Proposed]  Order to Continue Final Pretrial Conference
Case No. CIV.S-04-2359 MCE PAN

1  The **Final Pretrial Conference** is continued from July 3, 2006 to July 31, 2006 at

2  01:30 p.m.  The parties shall file a **Joint Pretrial Statement** not later than July 17, 2006.

3

4  Dated: June 14, 2006

5  _____
MORRISON C. ENGLAND, JR

6  UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-