**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Ned P. Telford SBN 79208
André M. Chernay SBN 214890
Laura J. Marabito SBN 232381
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

ATTORNEYS FOR: Defendants FLEETWOOD MOTOR HOMES
OF PENNSYLVANIA, INC., FLEETWOOD ENTERPRISES INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARABINO,<br><br>      Plaintiff,<br><br>  v.<br><br>DAN GAMEL, INC.; FLEETWOOD MOTOR HOMES OF PENNSYLVANIA, INC., FLEETWOOD ENTERPRISES INC.<br><br>      Defendants.<br>_____/ | No. 2:04-cv-2359-MCE-PAN<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON DEFENDANT'S MOTION TO CONTINUE TRIAL DATE** |

    The Application for an Order Shortening Time for Hearing on Defendant FLEETWOOD's Motion to Continue the trial date brought by Defendants, FLEETWOOD MOTOR HOMES OF PENNSYLVANIA, INC., FLEETWOOD ENTERPRISES was filed with the Court on July 14, 2006  The Honorable Judge Morrison C. in Courtroom 3 of the above-entitled court ruled on defendant FLEETWOOD's Application.  The Court orders as follows:
///

1

1. Defendant FLEETWOOD Application for an Order Shortening Time for Hearing on FLEETWOOD 's Motion to Continue the trial date is hereby granted. Defendant FLEETWOOD's Motion to Continue trial date is set for hearing on August 7, 2006 in Courtroom 3 at 9:00 a.m.

IT IS SO ORDERED.

DATE: July 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

00443363.WPD