1  **BETTS & WRIGHT, A Professional Corporation**
   Attorneys at Law
2  P.O. Box 28550
   Fresno, CA 93729-8550
3  Telephone: (559) 438-8500
   Facsimile:  (559) 438-6959
4
   James B. Betts (State Bar #110222)
5  Joseph D. Rubin (State Bar #149920)

6  Attorneys for Defendant DAN GAMEL, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ROBERT BARABINO, | Case No. CIV S-04-2359 MCE/PAN |
| 12        Plaintiff, | STIPULATED ORDER TO CONTINUE TRIAL IN THIS MATTER |
| 13     v. | |
| 14  DAN GAMEL, INC.; FLEETWOOD MOTOR HOMES OF CALIFORNIA, INC., | Trial Date:   February 11, 2008 |
| 15 | |
|     Defendants. | |
| 16–18 | |

19       It is hereby stipulated, by the parties, through their counsel of record, as follows:

20       1.    On January 17, 2008, Plaintiff's counsel informed the parties that her

21  husband has been diagnosed with cancer and as a result cannot go forward with the

22  trial and is looking for new counsel to substitute in as Plaintiff's counsel.

23       2.    As a result, the parties request that the current trial date of February 11,

24  2008, be vacated and a trial setting conference in this matter should be set some time

25  in April, 2008.

26  ///

27  ///

28  ///

1 | Dated:   January 30, 2008	BETTS & WRIGHT
2
3 | 	By  /s/ Joseph D. Rubin
  | 	    Joseph D. Rubin
4 | 	Attorneys for Defendant
  | 	DAN GAMEL, INC.
5
6 | Dated:   January 30, 2008	PORTER, SCOTT, WEIBERG & DELEHANT
7
8 | 	By  /s/ Russ Wunderli
  | 	    Russ Wunderli
9 | 	Attorneys for Defendant
  | 	FLEETWOOD MOTOR HOMES OF
10 | 	CALIFORNIA, INC.
11
12 | Dated:   January 30, 2008	/s/ Sharon Kinsey
  | 	    Sharon Kinsey
13 | 	Attorneys for Plaintiff
  | 	ROBERT BARABINO
14

**ORDER**

Upon reading the foregoing Stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The trial date of February 11, 2008 is vacated and continued to July 28, 2008 at 9:00 a.m. in Courtroom 3.

2. The Court will issue a further minute order regarding the pretrial due dates.

Dated: January 30, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE