**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Russ J. Wunderli, SBN 095654
Lindsay A. Goulding SBN 227195
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
FLEETWOOD MOTOR HOMES OF PENNSYLVANIA, INC.
and FLEETWOOD ENTERPRISES INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARABINO, | No. 2:04-cv-02359-MCE-EFB |
| Plaintiff, | **JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER AND ORDER REGARDING SAME** |
| v. | |
| DAN GAMEL, INC.; et al., | |
| Defendants. | Trial Date: October 27, 2008 |
| / | Judge: Morrison C. England, Jr. |

Plaintiff ROBERT BARABINO and Defendants FLEETWOOD MOTOR HOMES OF PENNSYLVANIA, INC., FLEETWOOD ENTERPRISES INC. and DAN GAMEL, INC., by and through their respective attorneys of record, hereby agree to the proposed changes set forth below and request the Court to modify the Final Pre-Trial Scheduling Order issued February 13, 2007 as follows:

| | |
|---|---|
| Motions in Limine shall be Re-Noticed by | September 17, 2008 |
| Motions in Limine shall be opposed by | September 25, 2008 |
| Motions in Limine shall be replied to by | October 3, 2008 |
| Motions in Limine shall be heard on | October 17, 2008 |

1

Good cause exists to modify the scheduling order because the Motions in Limine hearing date has been advanced to October 17, 2008 on the Court's own motion and no corresponding briefing limitations were set at that time.

Dated: September 9, 2008                    PORTER SCOTT
                                                        A PROFESSIONAL CORPORATION

                                                        By   */s/Lindsay A. Goulding*
                                                             Attorneys for Defendant
                                                             FLEETWOOD MOTOR HOMES OF PENNSYLVANIA, INC. and FLEETWOOD ENTERPRISES, INC.

Dated: September 9, 2008                    BAKER & MARKLER, LLP

                                                        By   */s/Terry Baker (as authorized on 9/9/08)*
                                                             Attorneys for Plaintiff
                                                             ROBERT BARABINO

Dated: September 9, 2008                    BETTS & WRIGHT

                                                        By   */s/Brady K. McGuinness (as authorized on 9/9/08)*
                                                             Attorneys for Defendant
                                                            DAN GAMEL, INC.

00610821.WPD

Based on the Stipulation of the parties and good cause appearing therefor:

IT IS HEREBY ORDERED that the Final Pretrial Scheduling Order is modified as set forth below:

| | |
|---|---|
| Motions in Limine shall be Re-Noticed by | September 17, 2008 |
| Motions in Limine shall be opposed by | September 25, 2008 |
| Motions in Limine shall be replied to by | October 3, 2008 |
| Motions in Limine shall be heard on | October 17, 2008 at 9:00 a.m. |

IT IS SO ORDERED.

Dated:  September 17, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

00610821.WPD