UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT BARABINO,                    No. 2:04-cv-02359-MCE-EFB

    Plaintiff,

  v.                                **NON RELATED CASE ORDER**

DAN GAMEL, INC., et al.,

    Defendants.
_____/

ROBERT BARABINO,                    No. 2:09-cv-00086-GEB-KJM

    Plaintiff,

  v.

CITIZENS AUTOMOBILE FINANCE, INC., et al.,

    Defendants.
_____/

    The court has received the Notice of Related Cases concerning the above-captioned cases filed January 12, 2009.  See Local Rule 83-123, E.D. Cal. (1997).  The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

1

This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

Dated: January 16, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE