```
                IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


ROBERT BARABINO,                    )
                                    )
          Plaintiff,                )   No. 2:04-cv-02359-MCE-EFB
                                    )
     v.                             )
                                    )   ORDER RE NOTICE OF RELATED
FLEETWOOD MOTOR HOMES OF            )   CASE DOCUMENT
PENNSYLVANIA, FLEETWOOD             )
ENTERPRISES, INC.,                  )
                                    )
          Defendants.               )
                                    )
_____)
                                    )   No. 2:09-cv-00086-GEB-KJM
ROBERT BARABINO,                    )
                                    )
          Plaintiff,                )
                                    )
     v.                             )
                                    )
CITIZEN AUTOMOBILE FINANCE, INC., a )
corporation, JPMORGAN CHASE BANK,   )
a corporation; and DOES ONE through )
TWENTY,                             )
                                    )
          Defendants.               )
                                    )
_____)
                                    )
ROBERT BARABINO,                    )   No. 2:10-cv-00035-MCE-EFB
                                    )
          Plaintiff,                )
                                    )
     v.                             )
                                    )
CITIZENS AUTOMOBILE FINANCE, INC.,  )
a corporation; JP MORGAN CHASE      )
BANK, a corporation; WESTERN SURETY )
COMPANY, a corporation; and DOES    )
ONE through TWENTY,                 )
                                    )
          Defendants.               )
_____)
```

The Notice of Related Case document filed January 6, 2010, fails to mention the earliest filed case entitled Barbino v. Fleetwood

1

1  Motor Homes of Pennsylvania, et al., 2:04-cv-02359-MCE-EFB, as
2  required by Local Rule 123.  An order filed August 12, 2009 closed
3  action 2:09-cv-00086-GEB-KJM, and action 2:10-cv-00035-MCE-EFB is
4  already assigned to the judges assigned the earliest filed case.
5  Dated:  January 7, 2010

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

2